UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>ERIC R. SMITH,<br><br>             Defendant. | Case: 4:25-cr-20157<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 03-19-2025<br><br>Violation:<br>18 U.S.C. § 922(o) |

___

**INFORMATION**
___

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
**ILLEGAL POSSESSION AND TRANSFER OF A MACHINEGUN**
**18 U.S.C. § 922(o)**

On or about May 19, 2023, in the Eastern District of Michigan, ERIC R. SMITH knowingly possessed and transferred a machinegun, that is, a machinegun conversion device, a part designed and intended solely and exclusively to convert a firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

1

Dated: March 19, 2025

JULIE A. BECK
Acting United States Attorney

*/s/ Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
P61148

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes        X No | AUSA's Initials: TV |

**Case Title:** USA v. Eric R. Smith

**County where offense occurred**   Genesee County

**Check One:**   X **Felony**      ☐ **Misdemeanor**      ☐ **Petty**

___ Indictment/ ___Information --- no prior complaint.
___ Indictment/ _x_ Information --- based upon prior complaint [Case number:] **23-mj-30390**
___ Indictment/ ___Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: March 19, 2025

s/*Anthony P. Vance*
Anthony P. Vance
Assistant United States Attorney
600 Church St, Suite 200, Flint, MI 48502
810-766-5177
E-Mail address: Anthony.vance@usdoj.gov
Attorney Bar #:    P 61148

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.